IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0677-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**JERRY D. CARTER**,

    Plaintiff,

v.

**NO NAMED DEFENDANT**,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    In response to the April 1, 2015 Order Directing Plaintiff to Cure Deficiencies (ECF No. 6), Plaintiff has submitted a ten page hand written document he entitles "Motions" (ECF No. 7).  In order to cure the remaining deficiencies in this action Plaintiff must file on the proper forms a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a signed authorization to calculate and disburse filing fee payments.  The clerk of the court is directed to mail to Plaintiff, together with a copy of this minute order, blank copies of the following forms: Prisoner Complaint; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies.  If Plaintiff fails to cure all of the deficiencies within the time allowed, the action will be dismissed without further notice.  Plaintiff's Motions (ECF No. 7) is **DENIED**.

Dated:  April 15, 2015