IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0677-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**JERRY D. CARTER**,

    Plaintiff,

v.

**NO NAMED DEFENDANT**,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On April 1, 2015, this Court issued an Order Directing Plaintiff to Cure Deficiencies (ECF No. 6) specifically informing him that he must file on the proper forms a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a signed authorization to calculate and disburse filing fee payments.  On April 24, Plaintiff filed a Motion for Extension of Time (ECF No. 13) requesting an extension of thirty days and informing the court that he has been moved to a new facility.  He further informed the Court that he now has the proper forms.

    Plaintiff's motion (ECF No. 13) is **GRANTED**.  Plaintiff shall have **until May 30, 2015** to cure the deficiencies.  If Plaintiff fails to cure all of the deficiencies within the time allowed, the action will be dismissed without further notice.  **NO FURTHER EXTENSIONS WILL BE GRANTED.**

    Plaintiff's Motion to the court to have various jail officials arrested and charged with contempt of court (ECF No. 12) is **DENIED**.  Plaintiff's new address has been added to this docket number.

Dated:  April 30, 2015