IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0677-GPG

**JERRY D. CARTER**,

    Plaintiff,

v.

**NO NAMED DEFENDANT**,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On April 1, 2015, this Court issued an Order Directing Plaintiff to Cure Deficiencies (ECF No. 6) specifically informing him that he must file on the proper forms a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a signed authorization to calculate and disburse filing fee payments.  On April 24, Plaintiff filed a Motion for Extension of Time (ECF No. 13) requesting an extension of thirty days and informing the court that he has been moved to a new facility.  He further informed the Court that he now has the proper forms.

    Plaintiff's motion was granted allowing Plaintiff until **May 30, 2015** to cure the deficiencies (ECF No. 14).  If Plaintiff fails to cure all of the deficiencies within the time allowed, the action will be dismissed without further notice.  **NO FURTHER EXTENSIONS WILL BE GRANTED.**

    Plaintiff has filed yet another Motion to the court to have various jail officials arrested and charged with contempt of court (ECF No. 18).  This Motion (ECF No. 18) is **DENIED**.

    Finally, Plaintiff is advised not to include requests for court orders in letters to the court because any request for a court order must comply with Rule 7 of the Federal Rules of Civil Procedure.  Pursuant to Rule 7(b)(1), "[a] request for a court order must be made by motion."  Furthermore, "[t]he rules governing captions and other matters of form in pleadings apply to motions and other papers."  Fed. R. Civ. P. 7(b)(2).

Dated:  May 12, 2015