IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0677-GPG

**JERRY D. CARTER**,

    Plaintiff,

v.

**CCS Correct Care Solutions;**
**Dr. Jones;**
**Dr. Jenness;**
**Aramark Co.,**

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff has submitted a Letter Motion requesting the Court to strike Aramark Co. As a Defendant in this action.  On June 3, 2015, this Court issued an Order directing Plaintiff to file an amended complaint if he wishes to proceed with this action (ECF No. 26).  If Plaintiff wishes to delete Aramark as a party, he may do so in his amended complaint.  Accordingly, his Letter Motion (ECF No. 28) is **DENIED** as moot.

Dated:  June 16, 2015