IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0677-GPG

**JERRY D. CARTER**,

    Plaintiff,

v.

**CCS Correct Care Solutions;
Dr. Jones;
Dr. Jenness;
Aramark Co.**,

    Defendant.

## ORDER DISMISSING CASE

Plaintiff, Jerry D. Carter, currently is in custody in the Colorado Mental Health Institute at Pueblo (CMHIP). He was transferred there from the El Paso County Sheriff's Department sometime earlier this year. He initiated this action *pro se* on March 31, 2015. On June 1, 2015, he was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 24).

On June 18, Plaintiff submitted a motion to dismiss asking that this case be dismissed (ECF No. 30). Fed. R. Civ. P. 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." In this case, no responsive pleading has been filed by the Defendants. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d

501, 507 (10th Cir. 1968). Plaintiff's Motion to Dismiss, therefore, closes the file as of June 18, 2015. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

**ORDERED** that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1). It is

**FURTHER ORDERED** that the voluntary dismissal is without prejudice and is effective as of June 18, 2015, the date Plaintiff filed his Motion to Dismiss (ECF No. 30) requesting voluntary dismissal of this action. It is

**FURTHER ORDERED** that all pending motions are **DENIED** as moot.

DATED June 23, 2015, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court